OPINION — AG — THE LIEUTENANT GOVERNOR BY VIRTUE OF THE PROVISIONS OF HOUSE BILL NO. 943, CHAP. 303, PAGE 494; LAWS OF THE FIRST SESSION 31ST LEGISLATURE OF OKLAHOMA, IS THE CHAIRMAN OF THE INDUSTRIAL DEVELOPMENT AND PARK COMMISSION OF OKLAHOMA, EFFECTIVE AUGUST 10, 1967. CITE: ARTICLE VI, SECTION 34, OPINION NO. 67-260, 74 O.S. 1965 Supp., 1104 [74-1104] (BRIAN UPP)